

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2016

No. 04-14-00389-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5397
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On August 24, 2016, the Texas Court of Criminal Appeals granted the State's petition for discretionary review and remanded the matter back to this court "for consideration of the State's argument" regarding the existence of exigent circumstances. *State v. Garcia*, Nos. PD-118-15 & PD-119-15, 2016 WL 4491521, at *1 (Tex. Crim. App. Aug. 24, 2016) (not designated for publication). The court's mandate issued September 19, 2016.

Accordingly, the parties may file supplemental briefs on the issue of exigency, and such briefs are encouraged by this court. Any supplemental briefs must contain argument as directed by the Texas Court of Criminal Appeals, i.e., whether there is evidence of exigency excusing the failure to obtain a warrant. We **ORDER** the State to file its supplemental brief, if any, in this court on or before **October 27, 2016**. Appellant's supplemental brief will be due in this court thirty (30) days after the date the State's supplemental brief is filed in this court. If either party chooses not to file supplemental brief, that party is **ORDERED** to notify this court of such fact in writing on or before **October 7, 2016**.

We **order** the clerk of this court to serve copies of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2016.



Keith E. Hottle
Clerk of Court